**Order entered October 11, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00992-CR

**ANTHONY ALAMIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-82134-2011**

## ORDER

Appellant's Motion to Supplement the Brief is **GRANTED**.


/s/     KERRY P. FITZGERALD
        JUSTICE